IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SYLVESTER MILLER, | § | |
| | § | No. 457, 2014 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for New Castle County |
| | § | Cr. ID 0408012099 |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: February 4, 2015
Decided: March 6, 2015

Before **STRINE**, Chief Justice, **VALIHURA**, and **VAUGHN**, Justices

## O R D E R

This 6th day of March 2015, after careful consideration of the opening brief, the State's motion to affirm, and the record on appeal, we find it manifest that the judgment below should be affirmed on the basis of the Superior Court's well-reasoned decision dated July 28, 2014. The Superior Court did not err in concluding that appellant's third motion for postconviction relief was procedurally barred and that appellant had failed to overcome the procedural hurdles.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

_____
Justice